# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

Corpus Christi Division

United States Courts
Southern District of Texas
FILED

AUG 0 4 2022

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| Theodore Khnanisho | Case No. _____ *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- | |
| Sheriff Oscar Rivera, County Clerk Gracie Alaniz-Gonzales, County Attorney Tamara Cochran-May, District Clerk Heather B. Marks, Records Clerk Heather Coffin and Attorney Chris Gale | |
| *Defendant(s)* *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Theodore Khnanisho |
   | Street Address | 316 Highland Park Drive |
   | City and County | Irving Dallas |
   | State and Zip Code | Texas 75061 |
   | Telephone Number | 773-822-3440 |
   | E-mail Address | Godsavedman@yahoo.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Oscar Rivera |
| Job or Title *(if known)* | San Patricio County Sheriff |
| Street Address | 300 N Rachal Ave |
| City and County | Sinton - San Patricio |
| State and Zip Code | Texas - 78387 |
| Telephone Number | 361-364-9600 |
| E-mail Address *(if known)* | orivera@sanpatriciocountytx.gov |

Defendant No. 2

| | |
|---|---|
| Name | Gracie Alaniz-Gonzales |
| Job or Title *(if known)* | San Patricio County Clerk |
| Street Address | 400 West Sinton Street, Room 124 |
| City and County | Sinton - San Patricio |
| State and Zip Code | Texas 78387 |
| Telephone Number | 361-364-9350 |
| E-mail Address *(if known)* | ggonzales@sanpatriciocountytx.gov |

Defendant No. 3

| | |
|---|---|
| Name | Tamara Cochran-May |
| Job or Title *(if known)* | San Patricio County Attorney |
| Street Address | 400 West Sinton Street, Room 108 |
| City and County | Sinton - San Patricio |
| State and Zip Code | Texas 78387 |
| Telephone Number | 361-364-9338 |
| E-mail Address *(if known)* | tamara@sanpatriciocountytx.gov |

Defendant No. 4

| | |
|---|---|
| Name | Heather B. Marks |
| Job or Title *(if known)* | San Patricio District Clerk |
| Street Address | 400 West Sinton Street, Room 210 |
| City and County | Sinton - San Patricio |
| State and Zip Code | Texas 78387 |
| Telephone Number | 361-364-9377 |
| E-mail Address *(if known)* | hmarks@sanpatriciocountytx.gov |

Defendant No. 1 5

| | |
|---|---|
| Name | Heather Coffin |
| Job or Title *(if known)* | San Patricio Records Clerk |
| Street Address | 300 N Rachal Ave |
| City and County | Sinton - San Patricio |
| State and Zip Code | Texas 78387 |
| Telephone Number | 361-364-9641 |
| E-mail Address *(if known)* | srecords2@sanpatriciocountytx.gov |

Defendant No. 2 6

| | |
|---|---|
| Name | Chris Gale |
| Job or Title *(if known)* | Private Attorney |
| Street Address | 525 Clifford Street |
| City and County | Corpus Christi - San Patricio |
| State and Zip Code | Texas 78404 |
| Telephone Number | 361-808-4444 |
| E-mail Address *(if known)* | chris@galelawgroup.com |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Section 55.04 - Violation Of Expunction Order
Added by Acts 1977, 65th Leg., p. 1880, ch. 747, Sec. 1, eff. Aug. 29, 1977.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am filing a suit for 1,000,000.00.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Lost a career opportunity with a police department I have been wishing to work for. These individuals knew my future before this filing. I have met all these individuals listed on this complaint as I used to work for another police department. These individuals and I were employed in the same county. I would see these individuals on a regular basis when I bought in the people I arrested. These individuals work for the county jail in which I brought in the arrestees. They all knew the overall outcome that I was not guilty in the first place. They all knew and advised me to file a lawsuit and file a expungement against my former employer which pleaded guilty in a civil suit. But these individuals ignored the facts and orders from the court. These individuals stopped communicating with me as I tired to figure out why was my expunged record sent to a future employer.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

District Clerk Heather Mark stamped the expungement order October 1, 2020. In April 2022 I was denied employment with a future police department because of the failure of the San Patricio County Sheriff Department following court order. I then tried fixing this matter and I have contacted everyone who is listed in this complaint. Then after several weeks trying to get answers, being ignored and then finally I received an email from County Attorney Tamara Cochran-May stating that the Sheriff Oscar Rivera deleted the file from the computer. I lost a career.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7.29.2022

Signature of Plaintiff

Printed Name of Plaintiff    Theodore Khnanisho

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address