UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THEODORE KHNANISHO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:22-CV-00233 |
| | § | |
| SHERIFF OSCAR RIVERA, GRACIE ALANIZ-GONZALES, TAMARA COCHRAN-MAY, HEATHER B. MARKS, HEATHER COFFIN, CHRIS GALE, and SAN PATRICIO COUNTY SHERIFF DEPARTMENT, | § § § § § § § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order signed by the Court on this date, this case is **DISMISSED WITH PREJUDICE**. All relief requested by Plaintiff is denied. All relief not expressly granted herein is denied. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

This is a **FINAL JUDGMENT**.

Signed on May 18, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**